[No. 9797–8–III.   Division Three.   June 12, 1990.]

MARCELLO FRANK MARTINEZ, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87–2–00288–1, Jo Anne Alumbaugh, J., entered January 4, 1989. *Remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.


[No. 10008–1–III.   Division Three.   June 12, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHARON DEE RICHARD, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 89–1–00011–2, Michael E. Cooper, J., entered May 15, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.


[No. 12552–8–II.   Division Two.   June 14, 1990.]

TERRY M. BAFUS, *Respondent,* v. CLARENDON NATIONAL INSURANCE COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–2–01909–0, James D. Ladley, J., entered December 20, 1988. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.